# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JULIE A. SU,
Acting Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.                                                                       No. 1:24-cv-01038-STA-jay

TOSH PORK, LLC, and
DIANNA ROSA,

    Defendants.

## ORDER

On October 22, 2024, an Emergency Motion for Protective Order was filed by Plaintiff Julie A. Su concerning the depositions of Jeffrey Genkos, the Director of Enforcement for the Southeast Region, and Melissa M. Castillo, the Deputy Director of Enforcement for the Southeast Region. (Docket Entry ["D.E."] 84.) The matter was referred to the undersigned Magistrate Judge for determination. (D.E. 85.) **The Defendants are hereby ORDERED** to file a response to the Emergency Motion by Friday, October 25, 2024. **A Motion Hearing** on the Emergency Motion for Protective Order has **been SET** before **Judge Jon A. York** for **Monday, October 28, 2024, at 1:30 PM** in **Courtroom #3 - Jackson, 3rd floor of the James D. Todd Federal Courthouse, Jackson, Tennessee.** This will be in-person and virtual attendance will not be permitted.

IT IS SO ORDERED this the 23rd day of October, 2024.

                                                          **s/Jon A. York**
                                                          UNITED STATES MAGISTRATE JUDGE