# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TENNESSEE

# EASTERN DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, <br> Secretary of Labor, United States <br> Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> TOSH PORK, LLC and <br> DIANNA ROSA, <br><br> Defendants. | Case No. 1:24-cv-01038-STA-jay |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

On July 1, 2025, the Plaintiff filed a Motion to Compel (ECF No. 136), seeking documents within the personnel files of two employees. On July 7, 2025, the Defendants produced some responsive documents. On July 16, 2025, the Defendants supplemented their discovery responses to represent that "Defendants have produced all documentation within the personnel file" for each employee. *See also* Defendant's Response to Plaintiff's Motion to Compel, representing that Defendants have produced the "entire personnel files" requested. (ECF No. 138 at p. 3). Given the production and supplemental discovery response, the Plaintiff hereby withdraws the motion to compel.

[Signature on next page.]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
|  | TREMELLE I. HOWARD<br>Regional Solicitor |
|  | SCHEAN G. BELTON<br>Associate Regional Solicitor |
| POST OFFICE ADDRESS: | MATT S. SHEPHERD<br>Wage and Hour Counsel |
| Office of the Solicitor<br>U. S. Department of Labor<br>618 Church Street, Suite 230<br>Nashville, Tennessee 37219<br>Telephone: 615/781-5330<br>motzny.thomas.j@dol.gov<br>smith.christopher.m@dol.gov<br>nash.fedcourt@dol.gov | /s/ Christopher M. Smith<br>THOMAS J. MOTZNY<br>CHRISTOPHER M. SMITH<br>Attorneys<br><br>U.S. Department of Labor<br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on July 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

          /s/ Christopher M. Smith
CHRISTOPHER M. SMITH
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219