UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU, | ) |
| Acting Secretary of Labor, United States | ) |
| Department of Labor, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-01038-STA-jay |
| | ) |
| TOSH PORK, LLC, and | ) |
| DIANNA ROSA, | ) |
| Defendants. | ) |

**DEFENDANTS' REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR COSTS AND EXPENSES**

Defendants, by counsel, hereby file their Reply in Support of Defendants' Motion for Costs and Expenses and state as follows:

**A.     Defendants' request for costs under Fed. Rule 54(d)(1).**

Plaintiff concedes "Defendants seek reimbursement of costs for transcripts and interpreters totaling $12,818.91 . . . [and] Plaintiff agrees that almost all these costs are recoverable, except for the costs of the transcripts for the depositions of Seth Krantz and Diana Rosa taken on April 30, 2025." (Doc. 147 at 3.) Accordingly, Plaintiff concedes that Defendants are owed $11,127.94 in costs, leaving $1,690.97 in dispute.

The disputed amount involves whether Defendants are entitled to a return of the costs they were ordered to pay by the Court for the continued depositions of Ms. Rosa and Dr. Krantz. Plaintiff does not provide any legal authority that Fed. R. Civ. P. 54(d) does not include costs ordered to pay by a litigant during the action. (*See generally*, Doc 147.) Rather, the language of Fed. R. Civ. P. 54(d) creates a presumption in favor of awarding costs to prevailing parties but does permit denial at the discretion of the trial court. *White & White, Inc. v. American Hospital*

1

*Supply Corp.*, 786 F.2d 728, 729-30 (6th Cir. 1986). Here, Plaintiff should bear those costs, especially considering Plaintiff never used those continued depositions in their Response to Defendants' Motion for Summary Judgment, despite claiming they were essential to defend against Defendants' Summary Judgment Motion. Accordingly, Defendants have the right for those costs to be returned to Defendants.

    **B.**    **Defendants withdraw their request for expenses, under Fed. Rule 54(d)(2), for mailing, mediation, and travel expenses.[1]**

Regarding Defendants' request for expenses totaling $7,634.31, in the interests of judicial economy and resources of the parties, Defendants withdraw their request given the minimal amount in controversy.

WHEREFORE, Defendants respectfully request this Court enter an Order awarding its costs in the amount of $12,818.91 and for all other relief just and proper in the premises.

                                                  Respectfully submitted,

                                                */s/ Clifford R. Whitehead*
                                                Clifford R. Whitehead (IN #28836-49)
                                                ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
                                                20 N.W. First Street, Ninth Floor
                                                Evansville, IN 47708
                                                Telephone: (812) 424-7575
                                                E-mail: cwhitehead@zsws.com
                                                *Attorney for Dianna Rosa*

                                                */s/ J. Russ Bryant*
                                                James L. Holt, Jr. (BPR #12123)
                                                J. Russ Bryant (BPR #33830)
                                                JACKSON SHIELDS YEISER HOLT OWEN & BRYANT
                                                262 German Oak Drive
                                                Memphis, TN 38018
                                                Telephone: (901) 754-8001
                                                E-mail: jholt@syc.com; rbryant@jsyc.com
                                                *Attorneys for Defendants*

---

[1] Plaintiff is correct that half of the cost of mediation was $3,362.28, not $6,724.56. A Supplemental Declaration is submitted herewith as Exhibit C.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2025, a copy of the foregoing Defendants' Reply in Support of Their Motion for Costs and Expenses was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Filing System. Parties may access this filing through the Court's system.

                                         */s/ Clifford R. Whithead*
                                         Clifford R. Whitehead