# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>Secretary of Labor, United States<br>Department of Labor,<br>      Plaintiff,<br><br>v.<br><br>TOSH PORK, LLC and<br>DIANNA ROSA,<br>      Defendants. | )<br>)<br>)<br>)  Case No. 1:24-cv-01038-STA-jay<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CORRECTION OF EXHIBIT TO DEFENDANT DIANNA ROSA'S MOTION FOR SANCTIONS, ATTORNEYS' FEES, AND COSTS

COMES NOW Defendant Dianna Rosa, by counsel, and respectfully notifies the Court that an incorrect document was inadvertently filed as Exhibit C to Dianna Rosa's Motion for Sanctions, Attorneys' Fees, and Costs (Dkt. No. 150), docketed at ECF No. 150-3.

Defendant Rosa hereby files the correct Exhibit C, attached to this Notice, and respectfully requests that this document is associated with ECF No. 150 as Exhibit C (in place of ECF No. 150-3), or otherwise note on the docket that this filing is the corrected Exhibit C to ECF No. 150.

Respectfully submitted,

Ziemer, Stayman, Weitzel & Shoulders, LLP

*/s/ Clifford R. Whitehead*
_____
Clifford R. Whitehead (IN #28836-49)
20 N.W. First Street, Ninth Floor
Evansville, IN 47708
Telephone: (812) 424-7575
Facsimile: (812) 421-5089
E-mail: cwhitehead@zsws.com
*Counsel for Defendant Dianna Rosa*

1

**CERTIFICATE OF SERVICE**

     I certify that on February 5, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_Clifford R. Whitehead_
_____
Clifford R. Whitehead